IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COMMISSION RECEIVABLES FUND 1, LLC, a Nebraska Limited Liability Company, </br></br>   Plaintiff, </br></br>   v. </br></br>TOMMIE E. MCILWAIN SR.,  and SENIORS CHOICE INSURANCE GROUP, INC., an Agency, </br></br>   Defendants. | 8:11CV131 </br></br></br> MEMORANDUM AND ORDER |

   Before the court is the Findings and Recommendation of United States Magistrate Judge Thomas D. Thalken, Filing No. 16.  No objection has been filed to the Findings and Recommendation.  Pursuant to NECivR 72.2 and 28 U.S.C. § 636(b)(1)(C), the court has conducted a de novo review of the record and adopts the Findings and Recommendation in its entirety.

   THEREFORE, IT IS HEREBY ORDERED that:

   1.   The Findings and Recommendation, Filing No. 16, is adopted in its entirety.

   2.   The defendants' Motion to Remand, Filing No. 7, is denied.

   DATED this 8th day of August, 2011.

                                    BY THE COURT:


                                    s/ Joseph F. Bataillon
                                    Chief United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites.  The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.