IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COMMISSION RECEIVABLES FUND 1, LLC, a Nebraska Limited Liability Co., <br><br>Plaintiff, <br><br>vs. <br><br>TOMMIE E. MCILWAIN, SR., et al., <br><br>Defendants. | 8:11CV131 <br><br>ORDER |

This matter is before the court on the Suggestion of Bankruptcy (Filing No. 55). The plaintiff filed the suggestion based on the defendant Tommie E. McIlwain, Sr.'s Chapter 7 bankruptcy filing on November 25, 2011. The filing was made in the Western District of North Carolina and is designated Case No. 11-33009. Upon consideration,

**IT IS ORDERED:**

1. Pursuant to NEGenR 1.5(a)(1) and 28 U.S.C. § 157, this case is referred to the United States Bankruptcy Court for the District of Nebraska.

2. This case shall be terminated for statistical purposes by the Clerk of the Court for the District of Nebraska.

3. The Clerk of the Court for the District of Nebraska shall furnish the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

DATED this 3rd day of February, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge